# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| TRUSTEES OF THE TEAMSTERS PENSION TRUST FUND OF PHILADELPHIA AND VICINITY, | : : : : : | Civil No. 17-4192 (RBK/AMD) |
| Plaintiffs, | : : | **ORDER** |
| v. | : : |  |
| BS JOCKEY SERVICES, INC., | : : |  |
| Defendant. | : : |  |

**Kugler,** United States District Judge:

Presently before the Court is plaintiff Defendant and Trustees of the Teamsters Pension Trust Fund of Philadelphia and Vicinity's ("Plaintiff") motion for entry of default judgment against defendant BS Jockey Services, Inc. For the reasons set forth in the accompanying opinion,

**IT IS HEREBY ORDERED** that Plaintiff's motion is **GRANTED**;

**IT IS HEREBY FURTHER ORDERED** that Plaintiff submit supplemental briefing and appropriate affidavits as to damages on or before February 9, 2018.

Dated: 01/26/2018

_s/ Robert B. Kugler_
ROBERT B. KUGLER
United States District Judge